

**Nelson & McCulloch LLP**

Intellectual Property Litigation
New York | District of Columbia

155 East 56th Street
New York, New York 10022
T: (212) 355-6050
F: (646) 308-1178

Dan Nelson*                                                                                                 Kevin P. McCulloch+

November 18, 2014

**VIA ECF**

The Honorable Louis L. Stanton            The Honorable James C. Francis
United States District Court              United States District Court
Southern District of New York             Southern District of New York
500 Pearl Street, Room 21D                500 Pearl Street, Room 18D
New York, NY 10007                        New York, NY 10007

     RE:    *Young-Wolff, et al. v. Scholastic Corp.*, No. **1:14-cv-05089** (LLS) (JCF)

Dear Judge Stanton and Judge Francis,

This firm is counsel for Plaintiffs in the above-referenced copyright infringement case against Defendant Scholastic Corp. ("Defendant" or "Scholastic"). We write to request that the Court issue a Rule 16(b)(1) scheduling order as required under Rule 16(b)(2).

This case was filed on July 8, 2014 and Defendant appeared through counsel in this action on July 16, 2014. (*See* Dkt. Nos. 1 & 3.) It has now been more than 120 days since Defendant was served with the complaint and more than 90 days since Defendant appeared in this action through counsel. Plaintiffs thus request that the Court issue the scheduling order as required under Rule 16(b)(2). Plaintiffs submit that this is not a complicated case and thus five months of discovery should be sufficient.

Under Rule 26(f)(1), the parties were required to already have held the parties' conference required under Rule 26(f)(2). Plaintiffs have submitted a proposed Discovery Plan as required under Rule 26(f)(3) to Defendant's counsel for review and will promptly confer with opposing counsel on these matters and submit a proposed Discovery Plan to the Court shortly.

                                                                    Respectfully submitted,

                                                                    Kevin McCulloch

*Admitted in NY and CO
+Admitted in NY and DC

www.nelsonmcculloch.com